UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GENESIS MOSES and PAMELA HUNT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC,<br><br>Defendant. | Civil Action No. 3:24-cv-00247-RJC-DCK |

## **DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

Defendant Pacific Market International, LLC ("PMI"), by and through its undersigned attorneys, states that the following four cases involve all or a material part of the subject matter of this action brought by Plaintiffs Genesis Moses and Pamela Hunt ("*Moses*"):

1. *Mackenzie Brown, et al. v. Pacific Market International, LLC, et al.*, United States District Court for the Central District of California, Case No. 2:24-cv-01765, filed in the Superior Court of the State of California for the County of Los Angeles on February 1, 2024, removed to the United States District Court for the Central District of California on March 4, 2024;

2. *Mariana Franzetti v. Pacific Market International, LLC, d/b/a PMI Worldwide*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00191-TL, filed on February 12, 2024;

3. *Robin Krohn v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00200-TL, filed on February 14, 2024; and

4. *Laura Barbu v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00258-TL, filed on February 24, 2024.

*Brown*, *Franzetti*, *Krohn*, *Barbu*, and *Moses* are each putative consumer class actions alleging that PMI failed to disclose that its Stanley cups contain lead.

PMI is the only defendant in each case. The complaints in *Franzetti*, *Krohn*, and *Barbu*, purport to represent the same national class of purchasers of PMI's Stanley cups as Plaintiffs here seek to represent in *Moses*. The *Barbu* plaintiff also purports to represent a separate state subclass of all such purchasers residing in New York, the *Brown* plaintiffs also purport to represent a state class of all such purchasers residing in California, and the *Moses* plaintiffs also purport to represent a separate state subclass of all such purchasers residing in North Carolina. All of the purchasers in these proposed state classes are subsumed by the national classes asserted in *Franzetti*, *Krohn*, *Barbu*, and *Moses*.

The names of the parties, and the names, addresses, and telephone numbers of their attorneys in these actions, are as follows:

### *Mackenzie Brown, et al. v. Pacific Market International, LLC*, United States District Court for the Central District of California, Case No. 2:24-cv-01765-ODW-AJR

| | |
|---|---|
| RUSHING MCCARL LLP<br>John Mayfield Rushing<br>Ryan McCarl<br>Davit Avagyan<br>info@rushingmccarl.com<br>2219 Main St. No. 144<br>Santa Monica, CA 90405<br>Telephone: (310) 896-5082 | Attorneys for Plaintiffs |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer (SBN 133114)<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim (SBN 220722)<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

*Mariana Franzetti v. Pacific Market International, LLC, d/b/a PMI Worldwide*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00191-TL

| | |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC<br>Jason T. Dennett<br>jdennett@tousley.com<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Telephone: 206.621.1158<br>Facsimile: 206.682.2992<br><br>DOYLE APC<br>William J. Doyle<br>Chris W. Cantrell<br>bill@doyleapc.com<br>chris@doyleapc.com<br>550 West B St, 4th Floor<br>San Diego, CA 92101<br>Telephone: 619.736.0000<br><br>WHATLEY KALLAS, LLP<br>Alan M. Mansfield<br>amansfield@whatleykallas.com<br>16870 W. Bernardo Drive, Suite 400<br>San Diego, CA 92127<br>Telephone: 619.308.5034 | Attorneys for Plaintiff |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000<br><br>Elie Salamon<br>elie.salamon@arnoldporter.com<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br><br>K&L GATES LLP<br>Pallavi Mehta Wahi<br>Pallavi.wahi@klgates.com<br>Shelby Stoner<br>Shelby.stoner@klgates.com<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Telephone: 206.623.7580 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

SHOOK, HARDY & BACON LLP
Steven Rich
srich@shb.com
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Telephone: 206.344.7600

***Robin Krohn v. Pacific Market International, LLC*, United States District Court for the Western District of Washington, Case No. 2:24-cv-00200-TL***

| | |
|---|---|
| BRESKIN JOHNSON TOWNSEND PLLC<br>Brendan W. Donckers<br>bdonckers@bjtlegal.com<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>Telephone: 206.652.8660<br>Facsimile: 206.652.8290<br><br>GUSTAFSON GLUEK PLLC<br>Daniel E. Gustafson<br>dgustafson@gustfsongluek.com<br>David A. Goodwin<br>dgoodwin@gustafsongluek.com<br>Mary M. Nikolai<br>mnikolai@gustafsongluek.com<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: 612.333.8844 | Attorneys for Plaintiff |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000<br><br>Elie Salamon<br>elie.salamon@arnoldporter.com<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212.836.8000<br><br>K&L GATES LLP<br>Pallavi Mehta Wahi<br>Pallavi.wahi@klgates.com<br>Shelby Stoner<br>Shelby.stoner@klgates.com<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Telephone: 206.623.7580 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

SHOOK, HARDY & BACON LLP
Steven Rich
srich@shb.com
701 Fifth Avenue, Suite 6800
Seattle, WA 98104
Telephone: 206.344.7600

***Laura Barbu v. Pacific Market International, LLC,*** **United States District Court for the Western District of Washington, Case No. 2:24-cv-00258-LK**

| | |
|---|---|
| GEORGE FELDMAN MCDONALD PLLC<br>Lori G. Feldman<br>lfeldman@4-justice.com<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, NY 10520<br>Telephone: 917.983.9320<br>Facsimile: 888.421.4173<br>David J. George<br>dgeorge@4-justice.com<br>9397 Lake Worth Road, Suite 302<br>Lake Worth, FL 33467<br>Telephone: 561.232.6002<br>Facsimile: 888.421.4173 | Attorneys for Plaintiff |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>James F. Speyer<br>james.speyer@arnoldporter.com<br>E. Alex Beroukhim<br>alex.beroukhim@arnoldporter.com<br>777 South Figueroa Street, Forty-Fourth Floor<br>Los Angeles, California 90017-5844<br>Telephone: 213.243.4000 | Attorneys for Defendant<br>PACIFIC MARKET INTERNATIONAL, LLC |

Elie Salamon
elie.salamon@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000

K&L GATES LLP
Pallavi Mehta Wahi
Pallavi.wahi@klgates.com
Shelby Stoner
Shelby.stoner@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206.623.7580

Dated: March 21, 2024

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ David E. Kouba*
David E. Kouba (Bar No. 28624)
david.kouba@arnoldporter.com
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999

James F. Speyer (*pro hac vice* application forthcoming)
E. Alex Beroukhim (*pro hac vice* application forthcoming)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendant Pacific Market International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2024, a copy of the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Western District of North Carolina, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

Dated: March 21, 2024

/s/ David E. Kouba
David E. Kouba (Bar No. 28624)
david.kouba@arnoldporter.com
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999