IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-247-RJC-DCK

| | | |
|---|---|---|
| GENESIS MOSES, and PAMELA HUNT, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| PACIFIC MARKET INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Local Counsel Eric Poulin on April 22, 2024.

Applicant Paul Doolittle seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Paul Doolittle is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: April 22, 2024

David C. Keesler
United States Magistrate Judge