IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-247-RJC-DCK

| | |
|---|---|
| GENESIS MOSES and PAMELA HUNT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC,<br><br>Defendants. | )<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Set Agreed-To Briefing Schedule And To Hold In Abeyance Defendant's Deadline to Move, Plead, Or Otherwise Respond to Plaintiffs' Complaint" (Document No. 15) filed April 23, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Set Agreed-To Briefing Schedule And To Hold In Abeyance Defendant's Deadline to Move, Plead, Or Otherwise Respond to Plaintiffs' Complaint" (Document No. 15) is **GRANTED**.

The case deadlines are revised as follows: Plaintiffs shall file a response to "Defendant Pacific Market International, LLC's Motion To Dismiss, Or, In The Alternative, Stay All Proceedings" (Document No. 10) on or before **May 17, 2024**; and Defendant shall file a reply in support of its "…Motion To Dismiss…" (Document No. 10) on or before **May 31, 2024**.

**IT IS FURTHER ORDERED** that Defendant is not required to file an Answer, or otherwise respond to Plaintiffs' Complaint until **fourteen (14) days** after the Court resolves "Defendant Pacific Market International, LLC's Motion To Dismiss, Or, In The Alternative, Stay All Proceedings" (Document No. 10).

**SO ORDERED**.

Signed: April 23, 2024

David C. Keesler
United States Magistrate Judge